# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: September 22, 2004

To: United States Court of Appeals    Attn: (✓)   Civil
For the Ninth Circuit
Office of the Clerk                           ( )   Criminal
95 Seventh Street
San Francisco, California 94103       ( )   Judge

From: United States District Court
300 Ala Moana Blvd. Room C-338
Honolulu, Hawaii 96813

DC No: CV 01-00352-SPK/BMK     Appeal No: 03-16440

Short Title: Deaton vs. Chevy Chase Bank

| | | |
|---|---|---|
| Clerk's Files in | 9 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders) docket # |
| Reporter's Transcripts | 11 | volumes (✓) original ( ) certified copy<br>6/28/2002, 1/31/2003, 1/31/2003, 2/19/2003, 4/14/2003, 4/15/2003, 4/16/2003, 4/17/2003, 4/18/2003, 4/21/2003, 4/21/2003 |
| Sealed Docs: | 1 | volumes (X) under seal<br>Doc#: 195 |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos: #195

Acknowledgment: _____     Date: _____

cc: all counsel

# MEMORANDUM

January 4, 2006

TO:      Clerk
         USDC Hawaii

FROM:    Honorable Robert R. Beezer
         U. S. Court of Appeals for the Ninth Circuit
         1200 Sixth Avenue, Suite 301
         Seattle, WA  98101

RE:      CA#__03-16440_____    D.C. #__CV-01-00352-SPK/BMK__

         Title___Deaton v. Chevy Chase Bank_____

RECORD RETURNED:

2 boxes containing:

    __9___    VOL. CLERK'S FILE

    __11__    VOL. REPORTER'S TRANSCRIPT

OTHER__1 sealed doc_____

cc:   U.S. Court of Appeals for the Ninth Circuit
      Attn: Records Unit

United States Court of Appeals

M E M O R A N D U M

DATE:       September 21, 2004

TO:         Clerk's Office
            U. S. District Court    Hawaii

FROM:       Clerk's Office
            U. S. Court of Appeals
            By: Maureen Candler , Deputy Clerk

SUBJECT:    Request for Record on Appeal.

Pursuant to the request of a Judge/Staff Attorney of this Court, please transmit the Record on Appeal in the following case(s). PLEASE ACKNOWLEDGE RECEIPT OF THE ABOVE REQUEST ON THE ENCLOSED COPY OF THIS LETTER AND RETURN WITH THE REQUESTED RECORD(S) ON APPEAL.

```
CA #         TITLE                          D.C. NO.
---------------------------------------------------------------
03-16440     Deaton v. Chevy Chase Bank     CV-01-00352-SPK/BMK
```

If checked here _____, please also send all state court records. If your court is not in possession of the state court record, please contact Steve Seferian by e-mail or by phone at (415) 556-9905.

> RECEIVED
> CLERK, U.S DISTRICT COURT
> SEP 22 2004
> DISTRICT OF HAWAII

PLEASE SEND RECORD DIRECTLY TO:

[ ]    Records Unit
       U.S. Court of Appeals
       95 Seventh Street
       San Francisco, CA 94103

[X]    HON. ROBERT R. BEEZER
       802 U.S. COURTHOUSE
       1010 FIFTH AVENUE
       SEATTLE, WA 98104-1115