# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/26/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 01-00352SPK-BMK |
| CASE NAME: | Linda Deaton v. Chevy Chase Bank, et al. |
| ATTYS FOR PLA: | Arnold Phillips |
| ATTYS FOR DEFT: | Mary Martin |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6 no record |
| DATE: | 1/26/2006 | TIME: | 9:04 - 9:10 |

COURT ACTION:  EP: Status Conference Re 9th CCA Remand - new dates given.  Court to prepare a scheduling order.

1. Jury trial on October 17, 2006 at 9:00 a.m. before SPK
2. Final Pretrial Conference on September 6, 2006 at 9:00 a.m. before BMK
3.
4. Final Pretrial Statement by August 30, 2006
5.
6.
7. File Dispositive Motions by March 28, 2006
8a. File Motions in Limine by September 26, 2006
8b. File opposition memo to a Motion in Limine by October 3, 2006
11a.
11b.
12.
13. Settlement Conference set for August 16, 2006 at 2:00 p.m. before BMK
14. Settlement Conference statements by August 9, 2006
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by October 3, 2006
21. File Final witness list by September 26, 2006
24. Exchange Exhibit and Demonstrative aids by September 19, 2006
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by September 26, 2006
26. File objections to the Exhibits by October 3, 2006

28a.  File Deposition Excerpt Designations by September 26, 2006
28b.  File Deposition Counter Designations and Objections by October 3, 2006
29.   File Trial Brief by October 3, 2006
30.


cc: Tammy Kimura


Submitted by Richlyn Young, Courtroom Manager


CV 01-00352SPK-BMK;
Linda Deaton v. Chevy Chase Bank, et al.;
Rule 16 Scheduling Conference Minutes
½6/2006