# TABLE OF CONTENTS

TABLE OF CONTENTS . . . . . . . . . . . . . . . . . . . . . . . . i

TABLE OF AUTHORITIES . . . . . . . . . . . . . . . . . . . . ii, iii

MEMORANDUM IN SUPPORT OF MOTION . . . . . . . . . . . . . . . . 1

INTRODUCTION . . . . . . . . . . . . . . . . . . . . . . . 1

FACTUAL SUMMARY . . . . . . . . . . . . . . . . . . . . . 2

SUMMARY JUDGMENT STANDARDS . . . . . . . . . . . . . . . . 4

ARGUMENT . . . . . . . . . . . . . . . . . . . . . . . . . 5

A. Plaintiff Cannot Establish a Prima Facie Case Under the FCRA, her Claim Should Be Dismissed, and Summary Adjudication Granted to Defendants . . . . . . . . . . . . . . . . . . . . . . . . . . 5

1. Plaintiff Cannot Show that She Triggered Any FCRA Inquiry in 1999; Her Trigger in 2002 Resulted in Deletion of the Tradelines . . . . . 5

2. Plaintiff Cannot Show that Defendants Did Not Comply with the Applicable Section of FCRA, 1681s-2(b) . . . . . 9

3. Deaton Cannot prove any Actual Damages . . . . . . . . . . . . . . . . . . . . . . 12

B. Ms. Deaton's Own Negligence was the Cause of the Derogatory Information on her Credit Report . . . . . . . . . . . . . . . . . . . . . . . . . . 13

C. Ms. Deaton's Claim Under the FCRA Should be Dismissed, as She Waived any Claim that the Billing Error Was Not Corrected, When She Failed to Seek a Remedy Pursuant to the FCBA 14

CONCLUSION . . . . . . . . . . . . . . . . . . . . . . 18

# TABLE OF AUTHORITIES

## CASES

Burnstein v. Saks Fifth Avenue & Co., 208 F.Supp.2d 765, fn 13 (E.D. Mich. 2002) . . . . . . . . 15, 16, 17

Celotex Corp. v. Catrett, 477 U.S. 317, 106 S.Ct. 2548, 91 L.Ed.2d 265 (1986) . . . . . . . . . . . . . . . . . . . 4

Dalton v. Capital Associated Industries, Inc., 257 F.3d 409 (4th Cir. 2001). . . . . . . . . . . . . . . . . . . . 5

Miguel v. Country Funding Corp., 309 F.3d 1161 (9th Cir. 2002) . . . . . . . . . . . . . . . . . . . . . . . . . 17

## STATUTES

12 C.F.R. §226.25 . . . . . . . . . . . . . . . . . . . 17

15 U.S.C. §1640(a)(B) . . . . . . . . . . . . . . . . . 16

15 U.S.C. §1666(e) . . . . . . . . . . . . . . . . . . 15

15 U.S.C. §1666(a) . . . . . . . . . . . . . . . . . . 16

15 U.S.C. §1666, et seq. . . . . . . . . . . 2-3, 15, 16

15 U.S.C. §1666(b)(5) . . . . . . . . . . . . . . . . . 15

15 U.S.C. §1666(b)(1) . . . . . . . . . . . . . . . . . 15

15 U.S.C. §1681, et seq . . . . . . . . . . . . . . . . . 3

15 U.S.C. §1681i(a)(6)(B)(iv) . . . . . . . . . . . . . . 6

15 U.S.C. §1681i(a)(6)(B)(v) . . . . . . . . . . . . . . 7

15 U.S.C. §1681i(a)(6)(B)(iii) . . . . . . . . . . . 6, 8

15 U.S.C. §1681i(a)(6)(iii) . . . . . . . . . . . . . . . . 8

15 U.S.C. §1681i(a)(6)(B)(ii) . . . . . . . . . . . . . . . 6

15 U.S.C. §1681i(d) . . . . . . . . . . . . . . . . . . . . 7

15 U.S.C.§1681i(a)(6)(v) . . . . . . . . . . . . . . . . . 8

15 U.S.C. §1681i(a)(1)(A) . . . . . . . . . . . . . . 6, 7

15 U.S.C. §1681i(a)(6)(B)(i) . . . . . . . . . . . . . . . 6

15 U.S.C. §1681i(a)(6)(iv) . . . . . . . . . . . . . . . . 8

15 U.S.C. §1681i(a)(6) . . . . . . . . . . . . . . . . . . 7

15 U.S.C. §1681i(a)(6)(A) . . . . . . . . . . . . . . 6, 7

15 U.S.C. §1681s-2(b)(1) . . . . . . . . . . . . . . 9, 10

15 U.S.C. §1681s-2(b) . . . . . . . . . . . . . 4, 5, 9, 12

15 U.S.C. §1681i(a)(2)(A) . . . . . . . . . . . . . . 6, 7

15 U.S.C. §1681(n) . . . . . . . . . . . . . . . . . 5, 12

15 U.S.C. §1681(o) . . . . . . . . . . . . . . . . . 5, 12

15 U.S.C. §1640 . . . . . . . . . . . . . . . . . . . . 15

15 U.S.C.§1640(a) . . . . . . . . . . . . . . . . . . . 16

15 U.S.C.§1640(a) . . . . . . . . . . . . . . . . . . . 15

15 U.S.C.§1640(e) . . . . . . . . . . . . . . . . . . . 16

15 U.S.C. §1640(a)(A) . . . . . . . . . . . . . . . . . 16

Fed.R.Civ.P. 56(c) . . . . . . . . . . . . . . . . . . . 4

H.R.S. §480 . . . . . . . . . . . . . . . . . . . . . . . 2