IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LINDA D. DEATON,<br><br>      Plaintiff,<br><br>  vs.<br><br>CHEVY CHASE BANK, a corporation, BANK ONE, a corporation and JANE DOES 1-10 and JOHN DOES 1-10, DOE CORPORATION 1-10, and DOE GOVERNMENTAL ENTITIES 1-10,<br><br>      Defendants. | CIVIL NO. CV01-00352 SPK/BMK<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this date, a copy of the foregoing document will be duly served upon the parties, at their last known address, as follows by depositing in the U.S. mail, postage prepaid.

    ARNOLD T. PHILLIPS, ESQ.
    1188 Bishop Street, Ste. 3003
    Honolulu, Hawaii 96813

    Attorney for Plaintiff

    DATED: Honolulu, Hawaii, _March 17_, 2006.

    _____
    ROBERT E. CHAPMAN
    MARY MARTIN
    Attorneys for Defendants

270735.1

-19-