IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LINDA D. DEATON,<br><br>    Plaintiff,<br><br>vs.<br><br>CHEVY CHASE BANK, a corporation, BANK ONE, a corporation and JANE DOES 1-10 and JOHN DOES 1-10, DOE CORPORATION 1-10, and DOE GOVERNMENTAL ENTITIES 1-10,<br><br>    Defendants. | CIVIL NO.CV 01-00352 SPK/BMK<br><br>DECLARATION OF MARY MARTIN; EXHIBITS "A" to "D" |

## **DECLARATION OF MARY MARTIN**

I, MARY MARTIN, do solemnly swear and affirm the following:

1. I am an attorney licensed to practice in the State of Hawaii and in the District of Hawaii, and am one of the attorneys representing Defendants herein. I have personal knowledge of and am competent to testify to the matters stated herein.

2. My personal knowledge is based on my review of the records and files herein, and the discovery provided in the instant litigation.

3. As a result of the Plaintiff's appeal to the Ninth Circuit Court of Appeals, transcripts of the trial which took place before this Court in April 2003, were ordered, in their entirety. The originals of the transcripts have been returned this court as noted in

the Court's Docket, at entry #261, dated January 25, 2006 (noting the return of 11 original transcripts).

    4.  Attached hereto as Exhibit A are true and correct copy of pages from the trial transcript dated April 16, 2003.

    5.  Attached hereto as Exhibit B are true and correct copies of pages from the trial transcript dated April 17, 2003.

    6.  Attached hereto as Exhibit C are true and correct copy of pages from the trial transcript dated April 18, 2003.

    7.  Attached hereto as Exhibit D are true and correct copy of pages from the trial transcript dated April 21, 2003.

    I declare under penalty of perjury that the foregoing is true and correct.

DATED:  Honolulu, Hawaii;  3/17/06 .

_____
MARY MARTIN