IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LINDA D. DEATON,<br><br>      Plaintiff,<br><br>  vs.<br><br>CHEVY CHASE BANK, a corporation, BANK ONE, a corporation and JANE DOES 1-10 and JOHN DOES 1-10, DOE CORPORATION 1-10, and DOE GOVERNMENTAL ENTITIES 1-10,<br><br>      Defendants. | CIVIL NO. CV 01-00352 SPK/BMK<br><br>CERTIFICATE OF COMPLIANCE - LR 7.5(e) |

CERTIFICATE OF COMPLIANCE - LR 7.5(e)

I, MARY MARTIN, hereby certify that the foregoing Concise Statement of Defendants complies with the word count requirements of LR 56.1(d), and this certificate is provided to comply with LR 7.5(e).

DATED: Honolulu, Hawaii, 3/17, 2006.

_____
ROBERT E. CHAPMAN
MARY MARTIN
Attorneys for Defendants