ARNOLD T. PHILLIPS II #6640
1188 Bishop Street, Suite 3003
Honolulu, Hawaii 96813
Telephone: 808-528-3911
Facsimile: 808-528-5006
ATP@atphillips.com

Attorney for Plaintiff
LINDA D. DEATON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LINDA D. DEATON,<br><br>    Plaintiff,<br><br>vs.<br><br>CHEVY CHASE BANK, a corporation, BANK ONE, a corporation, and JANE DOES 1-10 and JOHN DOES 1-10, DOE CORPORATION 1-10, and DOE GOVERNMENTAL ENTITIES 1-10,<br><br>    Defendants. | CIVIL NO. CV01-00352 SPK/BMK<br><br>**PLAINTIFF'S MEMORANDUM OF FILING; CERTIFICATE OF SERVICE**<br><br>Trial Date: October 17, 2006 |

**PLAINTIFF'S MEMORANDUM OF FILING**

COMES NOW Plaintiff LINDA D. DEATON, by and through her attorney, Arnold T. Phillips, and files her LR 40.4 consent and a statement from her doctor who is treating her for cancer at Mayo Clinic for the Court's

consideration on Plaintiff's Motion to Continue and Reset Litigation Deadlines and Trial Date.

DATED:   Honolulu, Hawaii, April 28, 2006.

_____/S/ Arnold T. Phillips_____

Arnold T. Phillips
Attorney for the Plaintiff Linda Deaton

ARNOLD T. PHILLIPS II #6640
1188 Bishop Street, Suite 3003
Honolulu, Hawaii 96813
Telephone: 808-528-3911
Facsimile: 808-528-5006
ATP@atphillips.com

Attorney for Plaintiff
LINDA D. DEATON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| LINDA D. DEATON, | CIVIL NO. CV01-00352 SPK/BMK |
|---|---|
| Plaintiff, | **PLAINTIFF'S LR 40.4 CONSENT TO CONTINUE AND RESET LITIGATION DEADLINES AND TRIAL DATE** |
| vs. | |
| CHEVY CHASE BANK, a corporation, BANK ONE, a corporation, and JANE DOES 1-10 and JOHN DOES 1-10, DOE CORPORATION 1-10, and DOE GOVERNMENTAL ENTITIES 1-10, | Trial Date: October 17, 2006 |
| Defendants. | |

**PLAINTIFF'S LR 40.4 CONSENT TO CONTINUE AND RESET LITIGATION DEADLINES AND TRIAL DATE**

COMES NOW Plaintiff LINDA D. DEATON and in support of her Motion to Continue and Reset Litigation Deadlines and Trial Date submits this statement to indicate that she as the client-party has consented to the continuance.

The reason for the continuance is that I am undergoing medical treatment at Mayo Clinic and am not able to assist my counsel in the prosecution of my case.

DATED:   Honolulu, Hawaii,   April 23, 2006.

*Linda Deaton*

LINDA D. DEATON

## MAYO CLINIC

200 First Street SW
Rochester, Minnesota 55905
507-284-2511

Department of Oncology

April 25, 2006

RE: Mrs. Linda D. Deaton
MC#: 6-262-506
DOB: 1950-7-26

To Whom It May Concern:

Mrs. Deaton is currently undergoing adjuvant chemotherapy for breast cancer. Following chemotherapy, she will be receiving adjuvant Herceptin treatment. Tentative date of completion of her adjuvant therapy will be March of 2007.

During chemotherapy, she experiences a number of side effects which require treatment. This can limit her ability to participate in legal proceedings and legal decisions.

Please do not hesitate to contact me if you have any questions.

Signed: _[signature]_
Grzegorz S. Nowakowski, M.D.

GSN:me

ARNOLD THIELENS PHILLIPS II, ESQ.
1188 Bishop Street, Suite 3003
Honolulu, Hawaii 96813
Telephone: 528.3911/fax 528.5006
ATP@atphillips.com

Attorney for Plaintiff
Linda Deaton

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LINDA D. DEATON, <br><br> Plaintiff, <br><br> vs. <br><br> CHEVY CHASE BANK, a corporation, BANK ONE, a corporation; JANE DOES 1-10 and JOHN DOES 1-10, DOE CORPORATION 1-10; and DOE GOVERNMENTAL ENTITIES 1-10 <br><br> Defendants. | CIVIL NO.01-00352 SPK-BMK <br><br><br> CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2006, one copy of the pleading, PLAINTIFF'S MEMORANDUM OF FILING was duly served upon the following at their last known address by hand delivering to the following address:

Mr. Robert Chapman, Esq.

1

Ms. Mary Martin, Esq.
Stanton Clay Chapman Crumpton & Iwamura
700 Bishop Street Ste 2100
Honolulu, HI 96813

    Attorneys for Defendants

DATED: Honolulu, Hawaii, April 28, 2006.

                                                    _____/S/ Arnold Phillips_____
                                                    Arnold T. Phillips II
                                                    Attorney for the Plaintiff