# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/27/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:    CV 01-00352SPK-BMK

CASE NAME:    Linda Deaton v. Chevy Chase Bank, et al.

ATTYS FOR PLA:    Arnold T. Phillips, II

ATTYS FOR DEFT:    Robert E. Chapman, Mary L. Martin

INTERPRETER:

---

JUDGE:    Barry M. Kurren          REPORTER:    C6F

DATE:    4/27/2006                 TIME:    2:57 - 3:04

---

COURT ACTION:  EP: Plaintiff's Motion to Continue and Reset Litigation Deadlines and Trial Date - GRANTED.

New dates given.  Court to prepare an amended scheduling order.

1.    Jury trial on May 1, 2007 at 9:00 a.m. before SPK
2.    Final Pretrial Conference on March 20, 2007 at 9:00 a.m. before BMK
3.
4.    Final Pretrial Statement by March 13, 2007
5.
6.
8a.    File Motions in Limine by April 10, 2007
8b.    File opposition memo to a Motion in Limine by April 17, 2007
11a.
11b.
12.
13.    Settlement Conference set for March 1, 2007 at 10 a.m. before BMK
14.    Settlement Conference Statements due February 22, 2007
20.    Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by April 17, 2007
21.    File Final witness list by April 10, 2007
24.    Exchange Exhibit and Demonstrative aids by April 3, 2007
25.    Stipulations re: Authenticity/Admissibility of Proposed Exhibits by April 10, 2007
26.    File objections to the Exhibits by April 17, 2007

28a.    File Deposition Excerpt Designations by April 10, 2007
28b.    File Deposition Counter Designations and Objections by April 17, 2007
29.    File Trial Brief by April 17, 2007
30.

Other Matters: Defendants' Motion for Summary Judgment continued from 5//5/2006 to 6/30/2006 @ 10 a.m., SPK.

cc: Tammy Kimura

Submitted by Richlyn Young, Courtroom Manager