IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| LINDA DEATON, | ) | CV. NO. 01-00352 SPK-BMK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CHEVY CHASE BANK, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## AMENDED RULE 16 SCHEDULING ORDER

Before this court is Plaintiff's Motion to Continue and Reset Litigation
Deadlines and Trial Date.  This Motion is granted.

Pursuant to Fed. R. Civ. P. 16(e) and LR 16.3, the Court enters this amended
scheduling conference order to reflect the new trial date and other deadlines
entered on April 27, 2006:

## TRIAL AND PRETRIAL CONFERENCE SCHEDULING:

**1.** **JURY** trial in this matter will commence before the Honorable Samuel P.
King, Senior United States District Judge on May 1, 2007, at 9:00 a.m.

**2.** A final pretrial conference shall be held on March 20, 2007, at 9:00 a.m.
before the Honorable Barry M. Kurren, United States Magistrate Judge.

3.    (RESERVED)

**4.**    Pursuant to LR 16.6, each party herein shall serve and file a separate final

pretrial statement by March 13, 2007.

## MOTIONS:

**5.**    (RESERVED)

**6.**    (RESERVED)

**7.**    (RESERVED)

**8.**    Motions in limine shall be filed by April 10, 2007.

Any opposition memorandum to a motion in limine shall be filed by April 17,

2007.

## DISCOVERY:

9.    Unless and until otherwise ordered by the Court, the parties shall follow the

discovery plan agreed to by the parties herein pursuant to Fed. R. Civ. P. 26(f).

**10.**    (RESERVED)

**11.**    (RESERVED)

**12.**    (RESERVED)

## SETTLEMENT:

**13.**    A settlement conference shall be held on March 1, 2007, at 10:00 a.m.

before the Honorable Barry M. Kurren, United States Magistrate Judge.

**14.**     Each party shall deliver to the presiding Magistrate Judge a confidential settlement conference statement by February 22, 2007.  The parties are directed to LR 16.5(b) for the requirements of the confidential settlement conference statement.

15.     The parties shall exchange written settlement offers and meet and confer to discuss settlement before the date on which settlement conference statements are due.

**TRIAL SUBMISSIONS:**

**JURY ISSUES:**

16.     The parties shall prepare in writing and submit to the Court  any special voir dire inquiries they wish the judge to ask the jury panel.

17.     The parties shall confer in advance of trial for the purpose of preparing an agreed upon special verdict form, if a special verdict form is to be requested.  The agreed upon special verdict form shall be submitted to the Court.  In the event of disagreement, the parties shall submit all proposed special verdict forms to the Court.

18.     The parties shall confer in advance of trial for the purpose of preparing an agreed upon concise statement of the case that may be read by the trial judge to the jury during voir dire.  The agreed upon concise statement of the case shall be

submitted to the Court.  In the event of disagreement, the parties shall submit all proposed concise statements of the case to the Court.

19.    Jury instructions shall be prepared in accordance with LR 51.1 and submitted to the Court.

**20.**    All submissions to the Court required by paragraphs 16, 17, 18 and 19 shall be made by April 17, 2007.

**WITNESSES:**

**21.**    By April 10, 2007, each party shall serve and file a final comprehensive witness list indicating the identity of each witness that the party will call at trial and describing concisely the substance of the testimony to be given and the estimated time required for the testimony of the witness on direct examination.

22.    The parties shall make arrangements to schedule the attendance of witnesses at trial so that the case can proceed with all due expedition and without any unnecessary delay.

23.    The party presenting evidence at trial shall give notice to the other party the day before of the names of the witnesses who will be called to testify the next day and the order in which the witnesses will be called.

**EXHIBITS:**

24.     By April 3, 2007, the parties shall premark for identification all exhibits and shall exchange or, when appropriate, make available for inspection all exhibits to be offered, other than for impeachment or rebuttal, and all demonstrative aids to be used at trial.

25.     The parties shall meet and confer regarding possible stipulations to the authenticity and admissibility of proposed exhibits by April 10, 2007.

26.     By April 17, 2007, the parties shall file any objections to the admissibility of exhibits.  Copies of any exhibits to which objections are made shall be attached to the objections.

27.     The original set of exhibits and two copies (all in binders) and a list of all exhibits shall be submitted to the Court the Thursday before trial.

**DEPOSITIONS:**

28 a.  By April 10, 2007, the parties shall serve and file statements designating excerpts from depositions (specifying the witness and page and line referred to) to be used at trial other than for impeachment or rebuttal.

   **b.**  Statements counter-designating other portions of depositions or any objections to the use of depositions shall be served and filed by April 17, 2007.

**TRIAL BRIEFS:**

**29.**    By April 17, 2007, each party shall serve and file a trial brief on all significant disputed issues of law, including foreseeable procedural and evidentiary issues, setting forth briefly the party's position and the supporting arguments and authorities.

30.    (RESERVED)

**OTHER MATTERS:**

Defendants' Motion For Summary Judgment continued from May 5, 2006 to June 30, 2006 at 10:00 a.m. before the Honorable Samuel P. King, Senior United States District Judge.

IT IS SO ORDERED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: May 3, 2006

LINDA DEATON V. CHEVY CHASE BANK, ET AL.; CV. NO. 01-00352 SPK-BMK; AMENDED RULE 16
SCHEDULING ORDER.