ARNOLD THIELENS PHILLIPS II, ESQ.
1188 Bishop Street, Suite 3003
Honolulu, Hawaii 96813
Telephone: 528.3911
ATP@ATPhillips.com

Attorney for Plaintiff
Linda Deaton

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LINDA D. DEATON, <br><br> Plaintiff, <br><br> vs. <br><br> CHEVY CHASE BANK, a corporation; BANK ONE, a corporation; JANE DOES 1-10 and JOHN DOES 1-10, DOE CORPORATION 1-10; and DOE GOVERNMENTAL ENTITIES 1-10 <br><br> Defendants. | CIVIL NO.01-00352 SPK-BMK <br><br> CERTIFICATE OF SERVICE re: <br><br> PLAINTIFF'S SEPARATE CONCISE STATEMENT OF MATERIAL FACTS IN OPPOSITION TO DEFENDANT CHEVY CHASE AND DEFENDANT BANK ONE'S JOINT MOTION FOR SUMMARY JUDGMENT FILED HEREIN ON MARCH 17, 2006 <br><br> Trial Date: May 1, 2007 |

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2006, a copy of the pleading,

PLAINTIFF'S SEPARATE CONCISE STATEMENT OF MATERIALS FACTS IN

1

OPPOSITION TO DEFENDANT CHEVY CHASE AND DEFENDANT BANK ONE'S JOINT MOTION FOR SUMMARY JUDGMENT" FILED HEREIN ON MARCH 17, 2006 was duly served upon the following at their last known address by hand delivering to the following address:

Ms. Mary Martin, Esq.
Stanton Clay Chapman Crumpton & Iwamura
700 Bishop Street Ste 2100
Honolulu, HI 96813
    Attorneys for Defendants

DATED: Honolulu, Hawaii, June 12, 2006

                                  Arnold T. Phillips II
                                  Attorney for the Plaintiff