IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LINDA D. DEATON,<br><br>         Plaintiff,<br><br>     vs.<br><br>CHEVY CHASE BANK, a corporation, BANK ONE, a corporation and JANE DOES 1-10 and JOHN DOES 1-10, DOE CORPORATION 1-10, and DOE GOVERNMENTAL ENTITIES 1-10,<br><br>         Defendants. | CIVIL NO.CV 01-00352 SPK/BMK<br><br>DECLARATION OF MARY MARTIN; EXHIBITS "A" to "F" |

### DECLARATION OF MARY MARTIN

I, MARY MARTIN, do solemnly swear and affirm the following:

1. I am an attorney licensed to practice in the State of Hawaii and in the District of Hawaii, and am one of the attorneys representing Defendants herein. I have personal knowledge of and am competent to testify to the matters stated herein.

2. My personal knowledge is based on my review of the records and files herein, and the discovery provided in the instant litigation.

3. Attached hereto as Exhibit A is a true and correct copy of the last page of Trial Exhibit 209, which is the oldest billing cycle which Defendants were

-13-

able to produce. It shows a "closing date" for the cycle of July 11, 1994, and includes transactions posted as early as June 11, 1994. Trial Exhibit 209 was admitted into evidence.

    4. Attached hereto as Exhibit B are true and correct copies of pages 125-129 of the Trial Transcript dated April 16, 2003.

    5. Attached hereto as Exhibit C and D are true and correct copies of certified documents marked as Trial Exhibits 222, and 223, respectively.

    6. Attached hereto as Exhibit E is a true and correct copy of the court minutes available on Ho'ohiki, the State of Hawaii Judiciary internet website, taken from the Romero v. Hariri, matter identified as Civ. No. 90-0-0920, in which the court minutes indicate that Linda Deaton was, indeed, sworn in for examination as to her knowledge of Kamran Hariri's financial affairs.

    7. Attached hereto as Exhibit F is a true and correct copy of the trial transcript from April 16, 2003, at pages 147-150.

    I declare under penalty of perjury that the foregoing is true and correct.

    DATED: Honolulu, Hawaii; _June 19, 2006_.

_____
MARY MARTIN