**CHEVY CHASE**

P.O. Box 999, Frederick, MD 21705

XJB    7 08 0
5041
58650001

| ACCOUNT NUMBER | PAYMENT DUE BY | PAST DUE AMOUNT | AMOUNT OVER CREDIT LIMIT | NEW BALANCE | MINIMUM PAYMENT DUE | PLEASE WRITE IN AMOUNT OF PAYMENT ENCLOSED |
|---|---|---|---|---|---|---|
| 5407 3010 0591 5194 | 08/06/94 | 0.00 | 0.00 | 4384.24 | 87.00 | |

Please make check payable
in US dollars to:

CHEVY CHASE BANK FSB
P.O. BOX 17423
BALTIMORE, MD 21297-0465

LINDA D DEATON
KAMRAN HARIRI
PO BOX 88252
HONOLULU HI 96830-8252

[X]    Please fill-in the box to the left if address or telephone number has changed on the reverse side

| 24 HOUR CUSTOMER SERVICE NUMBER | IF YOU TELEPHONE YOUR INQUIRY, YOU DO NOT PRESERVE YOUR RIGHTS UNDER FEDERAL LAW | | | | | |
|---|---|---|---|---|---|---|
| 800-937-5000 | SEND INQUIRIES TO  P.O. BOX 999 FREDERICK MD 21705 | | | | | |
| ACCOUNT NUMBER | TOTAL CREDIT LINE | AVAILABLE CREDIT LINE | CASH ADVANCE LIMIT | AVAILABLE CASH | STATEMENT CLOSING DATE | MINIMUM PAYMENT DUE |
| 5407 3010 0591 5194 | 5500 | 1115 | 5500 | 1091 | 07/12/94 | 87.00 |

| TRANS DATE | POST DATE | REFERENCE NUMBER | NEW TRANSACTIONS | AMOUNT |
|---|---|---|---|---|
| 0608 | 0611 | 7042596HGD4KBPBHW | ROYAL GARDEN AT WAIKIK HONOLULU   HI | 42.50 |
| 0624 | 0624 | 7043177J15EQM7YWF | CALIF. PIZZA KITCHEN # WAIKIKI   HI | 9.71 |
| 0629 | 0629 | 7041703J5V2017WB4 | FISHERMANS WHARF-SEAFO HONOLULU   HI | 35.93 |
| 0629 | 0629 | 7541703J5V2013HJA | HAWAIIAN          HONOLULU | 98.00 |
| 0705 | 0705 | 7542270JB00XTMJG2 | PAYMENT - THANK YOU      CHEVY CHASE   MD | 248.33- |
| 0708 | 0708 | 7542270JFBLHJDAAZ | CASH ADVANCE CHECK CHEVY CHASE   MD | 2000.00 |
| 0708 | 0708 | | CASH ADVANCE FEE | 10.00 |
| | | *FINANCE CHARGE* PURCHASES    $40.22    CASH ADVANCE    $2.57 | | 42.79 |

| PREVIOUS BALANCE | + PURCHASES AND ADVANCES | - PAYMENTS AND CREDITS | + FINANCE CHARGE | + LATE CHARGE | = NEW BALANCE |
|---|---|---|---|---|---|
| 2393.64 | 2186.14 | 248.33 | 52.79 | 0.00 | 4384.24 |

AN AMOUNT FOLLOWED BY A MINUS SIGN (-) IS A CREDIT OR A CREDIT BALANCE UNLESS OTHERWISE INDICATED

| | | NUMBER OF DAYS THIS BILLING PERIOD | DAILY PERIODIC RATE | AVERAGE DAILY BALANCE | FINANCE CHARGE | NOMINAL INTEREST RATE | CURRENT ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|---|---|
| PURCHASES | CURRENT | | 1.650 | 2438.40 | 40.22 | 19.80 | |
| CASH ADVANCE | CURRENT | | 0.825 | 312.50 | 2.57 | 9.90 | |

NOTICE: SEE REVERSE SIDE FOR IMPORTANT ACCOUNT AND RENEWAL INFORMATION