Civil No. CV01-00352 SPK/BMK
PLAINTIFF
DEFENDANT EXHIBIT 222
IN EVIDENCE - FOR IDENTIFICATION
REC'D _____ 20___
REC'D _____
CLERK

| STATE OF HAWAII CIRCUIT COURT OF THE FIRST CIRCUIT | RETURN AND ACKNOWLEDGMENT OF SERVICE | CASE NUMBER CIVIL NO. 90-0920-03 |
|---|---|---|
| ROSE M. ROMERO<br><br>Plaintiff | vs. | KAMRAN HARIRI, LEO PARENTI and DOE DEFENDANTS 1-25,<br><br>Defendants. |

DOCUMENTS SERVED: EX PARTE MOTION FOR EXAMINATION OF PERSON HAVING KNOWLEDGE OF THE FINANCIAL AFFAIRS OR PROPERTY OF JUDGMENT DEBTOR; AFFIDAVIT OF GREG NISHIOKA; ORDER FOR EXAMINATION OF PERSON HAVING KNOWLEDGE OF THE FINANCIAL AFFAIRS OR PROPERTY OF JUDGMENT DEBTOR.

I, Sheriff/Police Officer of the State of Hawaii do hereby certify that I received a certified copy of the documents listed above and that I served the same on ___LINDA DEATON___
(name of party)
on __Oct. 4, 1993__ at __9:45 A.M.__ at _____
(date)        (time)
__3425 George St. Hon. HI__ within the State of Hawaii as follows:
(address)

☒ PERSONAL: By delivering to and leaving with __LINDA DEATON__, personally.

☐ SUBSTITUTE: [HRCP 4(d)(1)(A)] After due and diligent search and inquiry, I served above-named defendant through _____, a person of suitable age and discretion then residing at said party's usual place of abode, since the defendant could not be found.

☐ SUBSTITUTE: [HRCP 4(d)(1)(B)] I served above named defendant through _____ authorized agent to receive service of process for said defendant.

☐ BUSINESS/CORPORATION/GOVERNMENTAL ENTITY: On _____
(name of business/corp/entity)
_____ by serving through _____
(name of person served)
_____, who is the _____ and authorized agent
(position/title)
of said Business/Corporation/Governmental Entity.

☐ GARNISHMENT: I served _____ through _____
(name of garnishee)
_____ who is authorized to accept service for the above-named garnishee.
(name of person served)

☐ NOT FOUND: After due and diligent search and inquiry, I am unable to find _____
(name of party)

Attorney (Name, I.D. No., Address, Phone)
STUART M. FUJIOKA  4223-0
707 Richards St., Suite 200
Honolulu, HI  96813
Ph.  524-8833

I do hereby certify that this is a full, true, and correct copy of the original on file in this office pursuant to Section 92-30, Hawaii Revised Statutes.

Clerk, Circuit Court, First Circuit, State of Hawaii

1993 OCT -5 A [ ]
B. NAKAMAE
CLERK
1ST CIRCUIT COURT STATE OF HAWAII FILED

Date: Oct. 4, 1993
Sheriff/Police Officer (type or print): Herbert Kurata
Signature: [signed]

5