Civil No. CV01-00352 SPK/BMK
PLAINTIFFS
DEFENDANTS ) EXHIBIT 223
IN EVIDENCE - FOR IDENTIFICATION
REC'D _____ 20 ____
REC'D _____
                              CLERK

WITHERWAX, NISHIOKA & FUJIOKA
A Law Corporation

GREG I. NISHIOKA      4004-0
STUART N. FUJIOKA     4223-0
200 Ocean View Center
707 Richards Street
Honolulu, Hawaii  96813
Ph. (808)  524-8833

Attorney for Plaintiff
ROSE M. ROMERO

1st CIRCUIT
STATE OF HAWAII
FILED

1993 SEP 13 AM 11:25

B. TERAOKA
CLERK

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| ROSE M. ROMERO,<br><br>  Plaintiff,<br><br>vs.<br><br>KAMRAN HARIRI, LEO PARENTI and DOE DEFENDANTS 1-25,<br><br>  Defendants. | CIVIL NO. 90-0920-03<br>(Other Civil Action)<br><br>EX PARTE MOTION FOR EXAMINATION OF PERSON HAVING KNOWLEDGE OF THE FINANCIAL AFFAIRS OR PROPERTY OF JUDGMENT DEBTOR; AFFIDAVIT OF GREG NISHIOKA; ORDER FOR EXAMINATION OF PERSON HAVING KNOWLEDGE OF THE FINANCIAL AFFAIRS OR PROPERTY OF JUDGMENT DEBTOR<br><br>DATE: October 11, 1993<br>TIME: 9:00AM<br>JUDGE: WILFRED WATANABE |

EX PARTE MOTION FOR EXAMINATION
OF PERSON HAVING KNOWLEDGE
OF THE FINANCIAL AFFAIRS OR PROPERTY OF JUDGMENT DEBTOR

COMES NOW Plaintiff ROSE M. ROMERO, by and through her attorneys above named and hereby moves this Honorable Court to issue an Order directing LINDA DEATON to appear before a Judge of the above entitled Court at a time and place to be fixed in

I do hereby certify that this is a full, true, and correct copy of the original on file in this office pursuant to Section 92-30, Hawaii Revised Statutes.

Clerk, Circuit Court, First Circuit,
State of Hawaii

said Order then and there to be examined as to her knowledge of the financial affairs or property of Defendant KAMRAN HARIRI aka LEO PARENTI. This Motion is brought pursuant to § 636-4 of the Hawaii Revised Statutes and is based upon the records and files herein and the Affidavit of Greg Nishioka set forth herein.

DATED: Honolulu, Hawaii, September 9, 1993.

GREG L. NISHIOKA
Attorney for PLAINTIFF

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| ROSE M. ROMERO, | CIVIL NO. 90-0920-03 |
| Plaintiff, | (Other Civil Action) |
| vs. | AFFIDAVIT OF GREG NISHIOKA |
| KAMRAN HARIRI, LEO PARENTI and DOE DEFENDANTS 1-25, | |
| Defendants. | |

### AFFIDAVIT OF GREG NISHIOKA

| | |
|---|---|
| STATE OF HAWAII | ) |
| | ) ss: |
| CITY AND COUNTY OF HONOLULU | ) |

GREG NISHIOKA first being duly sworn upon oath, deposes and says:

1. That he is one of the attorneys for Plaintiff in the above entitled action;

2. That on or about October 28, 1992 judgment in favor of Plaintiff was issued against Defendant KAMRAN HARIRI aka LEO PARENTI in the amount of $1,071,179.52;

3. That said judgment was appealed on November 27, 1992, however, no Supsedeas Bond has been filed by the Defendant in this matter;

4. That said judgment has not been reversed modified and/or set aside;

5. That Plaintiff is still the said owner and holder of judgment;

6. That upon information affiant believes that LINDA DEATON is the girlfriend of the judgment debtor KAMRAN HARIRI aka LEO PARENTI, and has knowledge of the financial affairs or property of said judgment debtor;

7. That there is now due and owing on account of said judgment the sum of $1,071,179.52 plus statutory interest.

FURTHER AFFIANT SAITH NAUGHT.

_____
GREG NISHIOKA

Susbscribed and sworn to before me this 9th day of September, 1993.

_____
Notary Public, State of Hawaii

My commission expires: 5/1/95

2

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| ROSE M. ROMERO, | CIVIL NO. 90-0920-03 |
| Plaintiff, | (Other Civil Action) |
| vs. | ORDER FOR EXAMINATION OF PERSON HAVING KNOWLEDGE OF THE FINANCIAL AFFAIRS OR PROPERTY OF JUDGMENT DEBTOR |
| KAMRAN HARIRI, LEO PARENTI and DOE DEFENDANTS 1-25, | |
| Defendants. | |

ORDER FOR EXAMINATION OF PERSON HAVING KNOWLEDGE
OF THE FINANCIAL AFFAIRS OR PROPERTY OF JUDGMENT DEBTOR

TO:   LINDA DEATON
      411 Hobron Lane
      Apt. 802
      Honolulu, Hawaii 96815

IT IS HEREBY ORDERED that you, the above named person having knowledge of the affairs or property of Judgment Debtor appear before the Honorable WILFRED WATANABE, Judge of the above Court in his Courtroom at 777 Punchbowl Street (Kaahumanu Hale), Fourth Floor, Honolulu, Hawaii, 96813 at 9:00 o'clock A.M. on OCTOBER 11, 1993, then and there to be examined under oath as to your knowledge of the finanical affairs of the Defendant and Judgment Debtor KAMRAN HARIRI aka LEO PARENTI, you are to bring with you all books, papers and/or documents you have, showing or tending to show

your knowledge as to the financial affairs or property the Judgment Debtor owns or has an interest in.

This Order shall be null and void if it is not served on or before October 5, 1993.

DATED: Honolulu, Hawaii   SEP 10 1993  , 1993.

WKWatanabe
JUDGE OF THE ABOVE ENTITLED COURT

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT, STATE OF HAWAII; ROSE M. ROMERO vs. KAMRAN HARIRI, et al.; Civil No. 90-0920-03; ORDER FOR EXAMINATION OF PERSON HAVING KNOWLEDGE OF THE FINANCIAL AFFAIRS OR PROPERTY OF JUDGMENT DEBTOR.

2