## Hawai`i State Judiciary Ho`ohiki
Hawai`i State Judiciary's Public Access to Court Information

Print | Help | New Search | Exit

### Court Minutes Text

**Case Title:** ROSE M ROMERO VS KAMRAN HARIRI ETAL    **1CC90-0-000920**

**Div.:** 1C10    **CM**    **DATE:** 10-11-1993    **Time:** 0900A    **Judge I.D.:** JWWATAN
**Video No.:**                                                            **Priority:** 70
                                                                          **Audio No.:**
**Minutes:** *****COURT REPORTER: FELICIA RICARDO*****
TIME: 09:08/09:09 A.M.
PRESENT: GREG NISHIOKA FOR PLAINTIFF
LINDA DEATON WAS PRESENT IN THE COURTROOM AND
WAS DULY SWORN BY THE BAILIFF.
MS. DEATON LEFT WITH COUNSEL TO BE EXAMINED.

[Case Info]  [Court Minutes List]  [Next Court Date]  [More Minutes Text]