1    they are in.

2              MR. PHILLIPS:  Okay.  If they're in chronologic

3    order, we are happy with them.  If they are not in chronologic

4    order, then don't let them in.  Thank you, Judge.

5              MS. MARTIN:  Thank you, Your Honor.

6         (Defendant's Exhibit 209, Pages 39 through the end,

7                      was received in evidence.)

8              THE COURT:  That leaves 23 through 38, which you are

9    going to identify some other way.  Right?  If you want them in

10   evidence that is.

11   BY MS. MARTIN:

12   Q    Ms. Deaton, I have put up on this screen the document

13   which is the very last page.

14             MS. MARTIN:  I apologize, Your Honor, we haven't

15   gotten up to speed to be able to enlarge these yet.  Hopefully

16   we will get to that point by tomorrow morning, so I beg your

17   indulgence.  Ms. Deaton has the documents right in front of

18   her so she should be able to read them legibly.  And I'm not

19   going to go through all of these.

20             THE COURT:  If she can, go ahead, ask a question.

21             MS. MARTIN:  Okay.

22   BY MS. MARTIN:

23   Q    Looking at the document which is marked -- which shows

24   statement closing date of July 12th, 1994.  This one is

25   addressed to you and Mr. Hariri at the P.O. Box 88252,

1   correct?

2   A    That's correct.

3   Q    And that's his -- his billing address -- or his post

4   office box, correct?

5   A    Correct.

6            THE COURT:  What date was that?

7            MR. PHILLIPS:  I'm sorry, that's not --

8            THE WITNESS:  That's not on my --

9            MS. MARTIN:  Very last page of the exhibit.

10           THE WITNESS:  That doesn't match mine, Ms. Martin.

11           MR. PHILLIPS:  Doesn't match mine either.

12  BY MS. MARTIN:

13  Q    Are you on the last page of Exhibit 209?

14  A    Yes, ma'am.

15           MR. PHILLIPS:  That up there on the screen doesn't

16  match.  That's what I'm saying.

17           MS. MARTIN:  I'm sorry.  Wait a minute.

18           THE COURT:  Find it by date.  What's the date of it?

19           Somebody want to answer the court's question?

20  Anybody?

21           THE LAW CLERK:  July 12th.

22           THE COURT:  Thank you very kindly.  July 12th.

23           MS. MARTIN:  Now do I have it?

24           MR. PHILLIPS:  Yes, I've got it in front of me.  Is

25  it on the screen?

1              MS. MARTIN: I apologize.
2              MR. PHILLIPS: You identify these documents by the
3     payment due date or statement closing date?
4              THE COURT: Don't -- don't --
5              MS. MARTIN: I would like to use the statement
6     closing date.
7              THE COURT: Don't start talking to each other.
8              MS. MARTIN: He was asking a question for
9     clarification.
10    BY MS. MARTIN:
11    Q    The statement closing date -- there's two dates that are
12    key on these statements, aren't there, Ms. Deaton; the
13    statement closing date and the statement due date?
14    A    Correct.
15    Q    Okay. And the form changed over the years, too, correct?
16    A    Many times.
17    Q    Okay. At this time, the statement closing date is shown
18    right in this little area. And will you agree with me that
19    the statement closing date says 7/12 of '94, right?
20             THE COURT: Is which again?
21             THE WITNESS: 7/12/94?
22             MS. MARTIN: July 12th, 1994.
23             THE COURT: Not in order.
24    BY MS. MARTIN:
25    Q    For this particular billing statement, the account was

1  being used, right, Ms. Deaton?

2  A    Yes, ma'am.

3  Q    Okay. And it was being sent to Mr. Hariri's P.O. Box,

4  correct?

5  A    Correct.

6  Q    Okay. Then I know this is going to be -- this may not be

7  the easiest --

8           THE COURT: July 12th, 1994.

9           MS. MARTIN: Was that -- I'm sorry, Your Honor, I

10 didn't hear your question.

11          THE COURT: The number down at the bottom is -- go

12 ahead.

13          MS. MARTIN: Okay.

14 BY MS. MARTIN:

15 Q    So that -- were the statements all going to Mr. Hariri at

16 that point in time?

17 A    Yes.

18 Q    So where we've got a statement that's -- was his address

19 in Scottsdale, Arizona, at one point in time?

20 A    Uh, I --

21 Q    I'm not asking you to look at -- just off the top of your

22 head.

23 A    I'm not sure. It was on the Mainland. I remember, I

24 think, Santa Mirage.

25 Q    If you will turn over two pages backwards -- oh, I'm