IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LINDA D. DEATON, ) | CIVIL NO. CV01-00352 |
| ) | SPK/BMK |
| Plaintiff, ) | |
| ) | CERTIFICATE OF SERVICE |
| vs. ) | |
| ) | |
| CHEVY CHASE BANK, a ) | |
| corporation, BANK ONE, a ) | |
| corporation and JANE DOES ) | |
| 1-10 and JOHN DOES 1-10, ) | |
| DOE CORPORATION 1-10, and ) | |
| DOE GOVERNMENTAL ENTITIES ) | |
| 1-10, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date, a copy of the foregoing document will be duly served upon the parties, at their last known address, as follows by depositing in the U.S. mail, postage prepaid.

ARNOLD T. PHILLIPS, ESQ.
1188 Bishop Street, Ste. 3003
Honolulu, Hawaii 96813

Attorney for Plaintiff

DATED: Honolulu, Hawaii, June 19, 2006.

_____
ROBERT E. CHAPMAN
MARY MARTIN
Attorneys for Defendants

276831.1

-15-