## UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

September 22, 2006

TO ALL COUNSEL

Re:  CV 01-00352 SPK-BMK
     LINDA D. DEATON vs. CHEVY CHASE BANK, ET AL.

Dear Sir,

Please be advised that pursuant to Rule 77, FRCP, notice is hereby given that judgment was entered on September 22, 2006.

Sincerely Yours,

SUE BEITIA, CLERK

by: Eileen Sakoda
    Deputy Clerk

cc: all counsel